**Anthony McGOWAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59347.**

Missouri Court of Appeals, Western District.

Oct. 2, 2001.

Irene C. Karnes, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, C.J., HOWARD and HARDWICK, JJ.

*ORDER*

PER CURIAM.

Anthony McGowan appeals the denial of his Rule 29.15 postconviction-relief motion after an evidentiary hearing. He asserts the motion court erred in denying relief because his counsel provided ineffective assistance of counsel by failing to call an exculpatory witness at trial. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 84.16(b).